**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CURTIS PEGUES, ID # 39466-177,** )<br>　　　**Plaintiff,** )<br>**vs.** )　　　No. 3:10-CV-2171-D<br> )<br>**UNITED STATES OF AMERICA,** )<br>　　　**Defendant.** ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's claims are dismissed without prejudice for want of prosecution.

To the extent that the government does not intend to proceed with its motion to apply funds to criminal debt given the dismissal of plaintiff's claims, it must file a motion to dismiss its claims within fourteen days of the date of this order.

**SO ORDERED.**

January 20, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE